UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80068-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

DOUGLAS A. BROWN,
_____/

### ORDER DENYING MOTION TO REDUCE SENTENCE

THIS MATTER is before the Court on the Defendant's *pro se* motion to reduce his sentence pursuant to 18 U.S.C.§ 3582(c)(2) based upon the retroactive application of Amendment 706 to U.S.S.G. §2D1.1 in cocaine based "crack" cases [DE 54]. Defendant filed a supplement to his motion which reflects that he has been a model inmate, has obtained his GED, is enrolled in the electrician apprenticeship program, is employed, has completed a number of courses and is also a Spanish instructor for the beginner and intermediate classes [DE 56].

On April 1, 2007, the Court appointed the Federal Public Defender to represent the Defendant. The Defendant was convicted of possession with intent to distribute 51.5 grams of "crack." His charge carried a 10 year minimum mandatory sentence. Thus, while Defendant's total offense level of 29 and a criminal history category of II could have yielded a guideline range of 97 to 121 months, the mandatory minimum produced a guideline range of 120 to 121 months of imprisonment. The Court imposed the lowest sentence possible which was 120 months. Unfortunately, while Defendant's crime of conviction involves "crack" cocaine, the recent amendments to the crack guidelines do not affect minimum mandatory sentences, because the mandatory minimum sentence trumps any guideline range.

Because the Court is impressed with the Defendant's conduct to date, and would have granted a reduction had there been no mandatory minimum sentence, the Court will deny the motion without prejudice in the event the future statutory or guideline amendments may provide relief to the Defendant. Therefore, it is

ORDERED that the Defendant's motion to reduce his sentence [DE 54] as supplemented [56] is DENIED without prejudice should future statutory or guideline amendments provide Defendant the relief he seeks.

DONE AND ORDERED in Miami, Florida, this 13th day of June, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
U.S. Marshal
U.S. Probation